FILED
EASTERN DISTRICT COURT
ARKANSAS
SEP 22 2006
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      NO. 4:06CR00111 JLH

DAVIE WEBB                                                   DEFENDANT

## AMENDED ORDER

The Court has been advised that defendant will be released from the Bridgeway Hospital on this date. Pursuant to the Judgment & Commitment Order of September 14, 2006, the Court directed that upon release from inpatient mental health treatment, defendant was to begin residential substance abuse treatment immediately. The U.S. Probation Office has informed the Court that defendant will not be admitted to the Teen Challenge Program until October 20, 2006.

IT IS THEREFORE ORDERED that defendant Davie Webb's conditions of release are hereby modified to include the following:

> Upon release from the Bridgeway Hospital on September 22, 2006, defendant will be released to the custody of his father and stepmother to begin home incarceration with electronic monitoring until such time as he is admitted into the Teen Challenge Program in Dallas, Texas, on or about October 20, 2006. Defendant will be restricted to his residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the probation officer.

All other conditions of supervised release remain unchanged and in full force and effect as previously imposed.

IT IS SO ORDERED this 22nd day of September, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE