**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                        NO. 4:06CR00111 JLH

DAVIE WEBB                                                                                       DEFENDANT

**AMENDED ORDER**

The Court has been informed that defendant will not be admitted to the Teen Challenge Program in Dallas, Texas, as previously indicated.

IT IS THEREFORE ORDERED that the Order Modifying Conditions of Release entered on September 22, 2006, is hereby modified to reflect that defendant will be placed in the Teen Challenge Program in Brooklyn, New York, on or about October 11, 2006.

All other conditions of supervised release remain unchanged and in full force and effect as previously imposed.

IT IS SO ORDERED this 6th day of October, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE